# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>John Hst Yap and<br>Irene Laiwah Loke,<br>                Debtors. | ) Case No. 20-90210 - E - 11<br>) Docket Control No. AP-1<br>) Document No. 188<br>) Date: 04/29/2021<br>) Time: 10:30 AM<br>) Dept: E |

### Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

    The Motion to Approve Stipulation filed by The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-AA8; Nationstar Mortgage LLC (dba Mr. Cooper) as servicer, Secured Creditor ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

    **IT IS ORDERED** that the Motion for Approval of Stipulation between Movant and John Hst Yap and Irene Laiwah Loke is granted, and the respective rights and interests of the parties are settled on the terms set forth in the executed Stipulation filed as Exhibit 1 in support of the Motion (Dckt. 190).

    **IT IS FURTHER ORDERED** that the automatic stay provisions of 11 U.S.C. § 362(a) are vacated to allow Movant, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed that is recorded against the real property commonly known as 1032 Deena Way, Fallon, Nevada ("Property"), to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale and for the purchaser at any such sale to obtain possession of the Property.

    **IT IS FURTHER ORDERED** that the fourteen-day stay of enforcement provided in Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived for cause.

Dated: May 03, 2021

By the Court

*/s/ Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court